# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 437 WAL 2018

         Respondent          :

         :    Petition for Allowance of Appeal from
         :    the Order of the Superior Court

         v.          :

GERALD HOWARD DAVIS, JR.,          :

         Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 16th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.